4:21-cv-01118-JM-JJV

Parties

A. Name of plaintiff: Johnathon Harris / LONoke JacKeT # 00223478
Current Address: 440 Dee Dee Ln Lonoke, AR 72086.
Home address: P.O. box 123 Ward, AR 72176

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2021
TAMMY H. DOWNS, CLERK
By: DEP CLERK

name of plaintiff: Thomas Paul Reed
ADC # 178535 LCDC # 00211320
440 DeeDee Ln. lonoke AR 72086
43 Barnwell Dr. Cabot AR 72023

name of plaintiff John Lavell
LCDC # 00231281
440 DeeDee Ln, Lonoke AR 72086
209 W. Mississippi Apt B, Beebe AR 72012

This case assigned to District Judge **Moody** and to Magistrate Judge **Volpe**

Name of plaintiff: Johnathon Harris
LCDC # 00231281
440 Dee Dee Ln Lonoke AR 72086
300 Cypress lane Ward AR 72176

name of plaintiff: Joseph Yarberry JR
ADC # 660242 LCDC # 00230930
440 Dee Dee Ln Lonoke AR 72086
770 John Shelton RD Jacksonville, AR

name of plaintiff: Corey Plymale
ADC # 152023 LCDC # 00194414

name of plaintiff: Timothy Herrington
ADC # 657726 LCDC # 00231343
440 DEE DEE LN. LONOKE AR 72086
274 Valley Oaks AUSTIN, AR 72007

Michael Knowlton 00228956
440 DeeDee LN. Lonoke Ar. 72086
12110 Georgetown Lake Rd. Scott Ar. 72142

Name of Plaintiff: Zane Horton
ADC#554348 LCDC# 00207665
440 DeeDee Ln Lonoke AR 72086
261 Johnson rd Lonoke AR 72086

Name of Plaintiff: Justin Cestaro
LCD # 00230858
440 Dee Dee Ln, Lonoke, AR, 72086
420 Dismukes, Lonoke, AR, 72086

Name of Plaintife: Justin Lynn Coots
LCDC#00195649 ADC# 154002
440 Dee Dee LN Lonoke AR 72086
1911 Roy newton rd. desArc AR, 72040

Name of plaintife Roy Moore # ADC 111398
LCDC# 00049834
440 Dee Dee LN Lonolke Ar 72086
#46 pleasant run Cabot Ar 72023

Name of Plantife: Jacob Riggs
LCDC#00231187 ADC# 166461
440 Dee Dee LN Lonoke AR 72086
2848 Hwy 5 El paso AK 72045

name of plaintiff: Brian Duncan
#00237308
440 Dee Dee Ln. Lonoke AR, 72086
PO Box 7038 Ward AR, 72176

name of plaintiff: Duran Moore
#00227163
440 Dee Dee LN. Lonoke AR. 72086
Po. Box 12 Hazen AR. 72064

name of plaintiff
Jonathan R Morgan #00226037
440 Dee Dee Lane
Lonoke AR 72086
3402 Horton Dr.
Cabot AR 72023

Name of Plantive Angelo Butler
#00228916
440 Dee Dee Lane Lonoke Ar 72086
3619 Jones st. Little Rock Ar 72206

Name of Plaintiff Josh Wilson #00230238
440 Dee Dee Ln. Lonoke, AR 72086

name of plaintiff Howard Wilson
#178695 #00228689
440 Dee Dee lane Lonoke Ar 72086
1775 Central Kankakee Il 60901

name of plaintiff Rene Valdez
#00230404
440 Dee Dee Lane Lonoke Ar. 72086
5104 Silver Creek Dr. Houston, Tx 77017

Brian Keith Scroggins SO# 00203827 ADC# 162806
440 Dee Dee Lane Lonoke AR 72086
5093 ARKANSAS Highway 294 Jacksonville AR 72076

Name of Plaintiff Craig Stone
# 00226404 ADC # 178420
440 Dee Dee Lane Lonoke AR 72086
83 Earnhardt Circle
Cabot AR 72023

| Printed | Signature |
| --- | --- |
| Michael Sanders | Michael Sanders |
| Justin L. Coots | Justin Coots |
| Howard L. Wilson | Howard L. Wilson |
| Angelo Butler | Angelo Butler |
| Duran Moore | Duran Moore |
| Fortarus Stancil | Fortarus Stancil |
| Justin T. Cestaro | [illegible] |
| Corey T. Plymale | [illegible] |
| Joseph C. Yarberry JR | [illegible] |
| Jacob Riggs | [illegible] |
| Ron Moore | Ron Moore |
| Tim Herrington | [illegible] |
| Brian Duncan | [illegible] |
| JOHN G FAVELL | John G Favell |
| Zane Horton | Zane Horton |
| Jonathan Morgan | Jonathan Morgan |
| Kenneth Pearson | Kenneth Pearson |
| DeVonta McDonald | DeVonta McDonald |
| Brian Scroggins | [illegible] |
| Craig Stone | [illegible] |
| Michael Caruthers | [illegible] |

Statement of Claim

We are having our Civil Rights as well as our Inmate Rights violated. We are not being issued our hygiene supplies Regularly we are not being issued linens for our mats as stated in our Inmate handbook Some Cannot file for Indigent because we have over $.50 cents but not enough to purchase any hygiene products at all.. Not having Soap to properly Clean our Mats or having clean linens/sheets to Cover our mats is causing several of us to develope sores from laying on unclean mats. We are being forced to live in the barracks with an inadequate number of working sinks. there is black mold in the shower, all over the shower curtains on the Vents for the AC. Any time any one comes in to inspect, the staff quickly rush in and spray paint over black mold on the vents. weve had ruptured pipes flood the barracks and not been given a mop to clean up the backed up drain for 3 days so the trays that our food is served on have small holes in the corners that cause them to hold water. this water becomes stagnate due to never being fully drained. these trays are covered in mold inside of them. When they stack the trays on the cart to wheel them around to serve chow these trays leak stagnate moldy water all over our food. there have already been 2 confirmed cases of hepititus A caused by stagnate tray water being consumed this is an ongoing issue that has yet to be addressed. Administration Correspondence has been an ongoing issue as well. family & legal issues can be time sensitive. there have been times where we didnt get mail for almost a month.

There is not an effective grievance procedure in this facility, there is no neutral, 3rd party here to address our issues. Any appealed issues go to Jail admin Hostitler(?), she handles all grievences, Replys, & appeals, if anyone wants to write a grievence on her performance or conduct the grievance goes straight to her inbox. If there is any issue we have no ability to go over her head to some one with any real ability to bring about any actual change ex. chief, leiutenant or Sheriff Staley they never recieve any grievance. WE NEED HELP. As Inmates we cant seem to get anyone to take us seriously. We are being done wrong, our civil rights are being violated, we are being treated Inhumane and no one here seems to care. We are [illegible]

As inmates of Lonoke County detention Center, We are requesting a Class action lawsuit in respose to violations of our civil rights, And are requesting compensation for inhumane treatment & Sub par living conditions. We Would

We are requesting for the state to take control of this facility for much needed change to come about.

Thursday November 4th 2021

print: John Simpson signed: John Simpson

Thomas Paul Reed [signature] Thomas Paul Reed

Rene Valdez Rene Valdez

Brian Keith Scroggins [signature]

Jo hnathon Harris Johnathon Harris

I have also sent complete copy of all to my wife that will be put on Facebook & sent to 7 on your side

I Johnathon Harris Inmate #0022347[8] Incarcerated at the lonoke County Detention Center at 4410 Dee Dee lane am writing In addition to the civil rights violated in intial statement that as a trustee here I witnessed the guard Kendrick recieving oral sex from female Inmate in the doorway inside the female pod in the blindspot of cameras. I also know that the cameras in the kitchen 2 of which do not work and are facing the wall they are mounted on and the camera's in the laundry room do not work. There have been alot of sexual investigations & situations Multiple females in female pod while I was a trustee were charged for raping another female only one name did i remember was arienek also the jail admin neice who was a guard was charged with having sex with inmates while I was here also a male inmate james meridith who was raped by another Male Inmate tim Beasley was put in our trustee pod while on state prea Investigation protective custody instead of being in a single lockdown cell for protection.

I worked in the Kitchen where they have no handsoap to wash hands, they have no one in the kitchen with actual training so uncooked meat, cross contamination & unwashed hands containing "ecoli" is a day to day I witnessed food such as eggs would sit on trays in hallway for hours getting cold making ppl sick also being undercooked with no timer amount or known time to boil it is just guessed. I also worked out in the shop where violent inmates and others with major charges are given access to sharp tools and given the Keys to police cars to drive around back to wash & weapons are left in the cars and the only supervison is of a felon who they hired who was just an inmate months ago with multiple felony arrest. I have more that goes to a higher level I would rather not put on paper due to my protection from the law enforcement here while Incarceration here. This is just a start to tipping the Iceberg I am also for my protection sending this to my Wife, Mother, & Uncle Ej Harris who is a retired U.S. Marshall

 11-11-21

To Whom it May concern.

I Joseph Yarberry have Sevral health issues like Spnylias and Possibly heP C. I have Put in many health Request and even a grievence an have yet to Recive Proper health care while incarated. Im am litterly Dying an this Place doesnt care at all. Also as My time as a trustee before I quit due to the unfairness and all the Politics I witnessed officer Kendrick reciving oral sex from a red headed female in the door way of C Pod. I had herd Rumors but this time I actually Saw it. There are blind Spots under the entrance to the Pods. Witnessing this messed with my head. So They are Allowing me to Slowly die. Witch is Painfull I might add and the Staff are Preverted an incosistant. They Show favortism an treat Some individuals Aful as all get out. The Showers are disgusting an maybe get Sprayed with Chemicals once a month. The inside of the trays collect water and are building up a smelly mold on the inside. The dishes are not properly washed an sanitized. This Place Puts things into Motion when they expect visitors so they dont get caught up. what inspecters see are only like that on the day they Show up. Guards have been seen having sexual intercorse in the tower. The next day they quit. They hold Peoples mail & comensary. The

meals are always dreched in the tray water that drains out the trays. I was seen by the doctor 1 time Just to be told I had to Show Proof I had Sphials in order to be treated. How can I show them anything if Im locked up? They wouldnt test or treat me. They gave me Amoxiclian for a ear ache I had. That is all. I need help. The Doctor here does NOT care about anyone here. Something Needs to change. Asap. Thank you for your time.

[signature]

Joseph Yarberry
LCDC# 00230930
ADC # 660242
Home adress 4780 Hwy 294
Jacksonville, AR 72076

oh an by the way half the Camras dont work and when I was in the Kitchen there are No Professinals Superviseing or teaching to say the least on proper food Prep or tempatures. The clothes only get washed like once every 14 days and we only get one [illegible] set an No Sheets for our mats witch never get disinfected from 1 Person to the next — JCY

To whom it may concern my Name is Zane Horton. I back all the clams in this Statement. on top of that I State my Personal claim: First The Jail violated my right to due process by not appearing me to court, left me in the pod at the Jail. For pretrial. They have took Inmates to the bond hearing court instead of regular court where we had no paid attourneys, bondsman, or public defenders there or allowed. I had severe motorcycle accident where I had jaw and teeth broken. I Devolopeed Oral Infection and made a Specialist appointment with Doctor Sunde at UAMS which they said on kiosk they would take me then didnt and in a grievance denied my appointment exsisted.

Zane Douglas Horton
LCDC # 00207665
ADC # 554348

Sign
[signature]

Johnathon Harris
440 DeeDee ln.
lonoke AR.
72086

LONOKE COUNTY
DETENTION CENTER

LITTLE
13 NOV







Legal Mail

Pro Se Clerk
600 w. Capitol Ave. Suite A149
Little Rock AR.
72201

72201-333919